# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**CLIFFORD LARSON, on his own behalf**
**and others similarly situated,**

      **Plaintiff,**

**v.**                                                    **Case No.  8:06-cv-1467-T-30EAJ**

**CORNERSTONE BUSINESSES, INC., a**
**Florida Corporation,**

      **Defendant.**

_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal With Prejudice (Dkt. #11).   In

accordance with same, it is **ORDERED AND ADJUDGED** as follows:

    1.      This cause is dismissed with prejudice.

    2.      All pending motions are denied as moot.

    3.      The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on April 10, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-1467.dismissal 11.wpd